ACCEPTED
04-15-00534-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2015 1:51:06 PM
KEITH HOTTLE
CLERK

No. 04-15-00534-CV

_____

IN THE FOURTH COURT OF APPEALS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/10/2015 1:51:06 PM
KEITH HOTTLE
Clerk

_____

PATRICIA JO KARDELL, MARTIN MURPHY SNOWDEN, MICKEY DARRELL SNOWDEN AND MARY DELILLA SNOWDEN,

APPELLANTS,

V.

SWIFT ENERGY OPERATING, LLC,

APPELLEE.

_____

ON APPEAL FROM THE 218TH JUDICIAL COURT OF LA SALLE COUNTY, TEXAS

_____

SUGGESTION OF DEATH

_____

TO THE HONORABLE COURT OF APPEALS:

The undersigned attorney for Appellants, Patricia Jo Kardell, Martin Murphy Snowden, Mickey Darrell Snowden, and Mary Delilla Snowden, submits this Suggestion of Death and respectfully shows:

SUGGESTION OF DEATH

It has been determined by the undersigned that Appellant, Martin Murphy Snowden died on February 2, 2015. TEX.R.CIV.P. 152.

The Law Office of Gilbert Vara, Jr.
&
The Law Offices of Richard J. Karam
*The Ariel House*
8118 Datapoint Dr.
San Antonio, Texas 78229-3228
(210) 614-6400 (Telephone)
(210) 614-6401 (Telecopy)
gilbert@varalaw.com (Email)
RJKaram@aol.com (Email)

By: /S/_____
     Gilbert Vara, Jr.
     State Bar No.: 20496250
     Richard J. Karam
     State Bar No.: 11097500
     Attorneys for Patricia Jo Kardell,
     Martin Murphy Snowden,
     Mickey Darrell Snowden, and
     Mary Delilla Snowden

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Suggestion of Death has been provided to the following attorneys of record by email pursuant to Rule 21a Texas Rules of Civil Procedure on September 10, 2015:

LAW OFFICE OF FREDERICK R. ZLOTUCHA
Attn.: Frederick R. Zlotucha
222 Main Plaza East
San Antonio, Texas 78205
Telephone:    (210) 227-9877
Telecopy:    (210) 227-8316
Email: attyrickzlotucha@aol.com
*Attorney for*
*Swift Energy Operating, LLC*

LAW OFFICE OF WILSON CALHOUN
Attn.: Wilson Calhoun
719 S. Shoreline Blvd., Suite 404
Corpus Christi, Texas 78401
Telephone:    (361) 882-3300
Telecopy:    (361) 888-5404
Email: Wilson@wcalhoun.com
*Attorney for*
*Edwin V. Acker, Jr., et al*

/S/_____
     Gilbert Vara, Jr.